**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Georgia
Case No. 12-51716
Chapter 11

In re: Debtor(s) (including Name and Address)

Wiley Green Leverett
101 Silver Circle
Warner Robins GA 31093

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/31/2017.

Name and Address of Alleged Transferor(s):

Claim No. 13: CB&T Bank of Middle Georgia,, a Division of Synovus Bank, c/o H. Owen Lee, Esq., P. O. Box 1676, Columbus, GA 31902

Name and Address of Transferee:

Cadles of West Virginia LLC
100 North Center Street
Newton Falls, OH 44444

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Please take notice that if this Transfer of Claim was filed after this case was closed, the court cannot take any action on any objection to the transfer that is filed until the case is Reopened by appropriate motion.

Date: 04/05/17

Kyle George
**CLERK OF THE COURT**

United States Bankruptcy Court
Middle District of Georgia

In re:
Wiley Green Leverett
Debtor

Case No. 12-51716-jps
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: dhg Page 1 of 1 Date Rcvd: Apr 03, 2017
Form ID: trc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.

10178899 +CB&T Bank of Middle Georgia,, a Division of Synovus Bank, c/o H. Owen Lee, Esq., P. O. Box 1676, Columbus, GA 31902-1676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:

Arthur L. Phillips on behalf of Creditor SunMark Community Bank attyphil@cox.net, alp1943@cox.net
Christopher W. Terry on behalf of Plaintiff Wiley Green Leverett cterry@stoneandbaxter.com, lchapman@stoneandbaxter.com
Christopher W. Terry on behalf of Debtor Wiley Green Leverett cterry@stoneandbaxter.com, lchapman@stoneandbaxter.com
Elizabeth A. Hardy on behalf of U.S. Trustee U.S. Trustee - MAC elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
H. Owen Lee on behalf of Creditor c/o H. Owen Lee, Esq CB&T Bank of Middle Georgia, a Division of Synovus Bank howenlee@lmlawoffice.net
John D. Schlotter on behalf of Creditor Bank of America. ecfgamb@aldridgepite.com, BankruptcyECFmail@mrpllc.com
John D. Schlotter on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS ecfgamb@aldridgepite.com, BankruptcyECFmail@mrpllc.com
Kim Holland Stroup on behalf of Creditor State Bank kstroup@jamesbatesllp.com, bankruptcy@jamesbatesllp.com
Kim Holland Stroup on behalf of Creditor State Bank & Trust Company kstroup@jamesbatesllp.com, bankruptcy@jamesbatesllp.com
Lawrence Roger Landry on behalf of Creditor Branch Banking & Trust Company ("BB&T") lrl@quirklaw.com
Mark S. Watson on behalf of Creditor CertusBank, N.A. mwatson@watsonmccallum.com, amy@mswatsonlegal.com
Melissa J. Davey on behalf of Creditor Sabal Financial Group, L.P., mdavey@stites.com, mdelatte@stites.com
Michael Norman White on behalf of Creditor State Bank & Trust Company mwhite@jamesbatesllp.com, bankruptcy@jamesbatesllp.com
Robert G. Fenimore on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
Ron C. Bingham, II on behalf of Creditor Sabal Financial Group, L.P., rbingham@bakerdonelson.com, lsarasola@bakerdonelson.com
U.S. Trustee - MAC Ustp.region21.mc.ecf@usdoj.gov

TOTAL: 16